UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>V.<br><br>DAIJOHN D. SIMS,<br><br>    Defendant. | CRIMINAL NO. 5:20-74-KKC-5<br><br><br><br>ORDER |

*** *** ***

This matter is before the Court on the Recommendation of Acceptance of Guilty Plea filed by United States Magistrate Judge Matthew A. Stinnett. (DE 162). The recommendation instructed the parties to file any specific written objections within three days after being served with the decision, or else waived the parties' right to further review. Neither party has objected and the time to do so has now passed.

Upon review, the Court is satisfied that Defendant Sims knowingly and competently pleaded guilty to the charged offenses and that an adequate factual basis supports the plea as to each essential element of the offenses charged. Accordingly, the Court hereby ORDERS as follows:

1. Judge Stinnett's Recommendation of Acceptance of Guilty Plea (DE 162) is ADOPTED as and for the Opinion of the Court;

2. Defendant Daijohn Sims is ADJUDGED guilty of Counts 1 and 2 of the Superseding Indictment (DE 106).

3. The Defendant's Jury Trial is CANCELED; and

4. A Sentencing Order shall be entered promptly.

Dated March 2, 2021

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY